AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the matter of the search of 6547 East Main Street, Room 18, Mesa, Arizona 85205, as further described in Attachment A. | Case No. 24-5040 MB |

## ELECTRONIC SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before __2/15/24__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Feb. 1, 2024 @ 5:11pm                    _/s/ Deborah M. Fine_
                                                                                              *Judge's signature*

City and state: <u>Phoenix, Arizona</u>                    <u>Honorable Deborah M. Fine, U.S. Magistrate Judge</u>
                                                                                              *Printed name and title*

# ATTACHMENT A - Residence
# DESCRIPTION OF THE PERSON, PROPERTY, AND ITEMS TO BE SEARCHED

**PROPERTY:**

The residence located at 6547 East Main Street, Room #18, Mesa, Arizona 85205 is a one story hotel/motel room constructed out of tan cement, or a cement looking substance. The front door is red in color and has a black security door. The numerals "18" are affixed to the wall immediately to the right of the front door. There is a white awning covering the front area of the room over the front door. There is a large window directly to the left of the front door.





**ITEMS:**

Search for all items listed within ATTACHMENT B.

# ATTACHMENT B
# ITEMS TO BE SEARCHED AND SEIZED

1. Images of child pornography and files containing images of child pornography in any form wherever it may be stored or found including:

    a. Any computer, computer system and related peripherals; cellular phones, personal digital assistants, tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, scanners, modems, tape drives, disk applications programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer-related operation equipment, firewalls, switches, hubs, wireless access points, gaming consoles, web cameras, uninterrupted power supplies, hardware device power supplies, tape backup drives, digital video recorders, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including JPG, GIF, TIP AVI, and MPEG), and any electronic data storage devices including, hardware, software, diskettes, backup tapes, CD-ROMS, DVD, flash memory devices, and other storage mediums; any input/output peripheral devices, including computer passwords and data security devices an computer-related documentation, and any hardware/software manuals related to or used to: visually depict child pornography; contain information pertaining to the interest in child pornography; distribute, receive, or possess child pornography;

    b. Books and magazines containing child pornography;

    c. Originals, copies, and negatives of visual depictions of child pornography; and

    d. Motion pictures, films, videos, and other recordings of visual depictions of child pornography.

2. Information, correspondence, records, documents or other materials pertaining to the possession, receipt or distribution of child pornography, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, of the U.S. mail including:

    a. Envelopes, letters and other correspondence including electronic mail, chat logs,

and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by U.S. mail or by computer, of child pornography;

    b.    Books, ledgers and records bearing on the productions, reproduction, receipt, shipment, orders, requests, trades, purchases or transactions of any kind involving the transmission through interstate or foreign commerce, including by U.S. mail or by computer of child pornography;

    c.    Records, documents, or materials, including any and all address books, mailing lists, supplier lists, mailing address labels, and documents and records pertaining to the preparation, purchase and acquisition of names or lists of names to be used in connections with the purchase, sale, trade or transmission of child pornography, through interstate commerce including by U.S. mail or by computer;

    d.    Records, documents or materials, including address books, names and lists of names and addresses of minors visually depicted in child pornography;

    e.    Records of Internet usage, including user names and e-mail addresses and identities assumed for the purposes of communication on the Internet to purchase, sell, trade, transmit or acquire child pornography. These records may include ISP records, i.e., billing and subscriber records, chat room logs, e-mail messages and include electronic files in a computer and on other data storage mediums, including CDs or DVDs.

3. Credit card information which evidences ownership or use of the computer equipment found in the above residence, including payment for Internet access and computers or electronic media or other storage devices, disks, CD-ROMS, or similar containers for electronic evidence.

4. Records evidencing occupancy or ownership of the premises described above, including utility and telephone bills, mail, envelopes or addressed correspondence.

5. Records or other items which evidence ownership or use of computer equipment found in the above residence, including sales receipts, bills for Internet access and handwritten notes.

6. Any computer hard drive or other electronic media or digital device, including any cellular telephone (hereafter COMPUTER), physically located at the residence or virtually connected to any computer within the residence, found to contain information otherwise called for by this

warrant:

    a. Evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, saved usernames and passwords, documents, and browsing history;

    b. Evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software;

    c. Evidence of the lack of such malicious software;

    d. Evidence of the attachment to the COMPUTER of other storage devices, disks, CD-ROMS, or similar containers for electronic evidence;

    e. Evidence of the times the COMPUTER was used;

    f. Passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER.

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

| Certification |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>                                                                               _____<br>                                                                               *Executing officer's signature*<br><br>                                                                               _____<br>                                                                                   *Printed name and title* |